STATE of Missouri, Respondent,

v.

Rudolph CHRISTENSEN, Appellant.

No. WD 37577.

Missouri Court of Appeals,
Western District.

July 29, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1986.

Application to Transfer Denied
Oct. 14, 1986.

Sean O'Brien, Public Defender, David S. Durbin, Asst. Pub. Def., Jackson County Courthouse, Kansas City, for appellant.

William L. Webster, Att. Gen., Kevin B. Behrndt, Asst. Att. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

## ORDER

PER CURIAM.

The defendant appeals from convictions by a jury of first degree robbery [§ 569.020, RSMo 1978] and armed criminal action [§ 571.015, RSMo 1978], and the imposition of concurrent 30-year sentences to be served with sentences imposed in another prosecution.

Judgments affirmed. Rule 30.25(b).